**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 5 - 2010

GREGORY C. LANGHAM
CLERK

'10 - CV - 0 1 8 6 4 _BnB_

Civil Action No. _____

**(The above civil action number must appear on all future papers**
**sent to the court in this action. Failure to include this number**
**may result in a delay in the consideration of your claims.)**

ALBERT JOEL ABEYTA,

     Plaintiff,

v.

DEPARTMENT OF CORRECTIONS,
OFFICER CORTEZ, and
LT HYDENTHOL,

     Defendants.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
## DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

     Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint. As part of the court's review

pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted

documents are deficient as described in this order. Notwithstanding the deficiencies,

the clerk of the court will be directed to commence a civil action. Plaintiff will be

directed to cure the following if he wishes to pursue his claims. Any papers which the

Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1) ___ is not submitted

(2) ___ is missing affidavit

(3) ___ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing

(4) ___ is missing certificate showing current balance in prison account

(5) ___ is missing required financial information

(6) _X_ is missing an original signature by the prisoner

(7) ___ is not on proper form (must use the court's current form)

(8) ___ names in caption do not match names in caption of complaint, petition or habeas application

(9) ___ An original and a copy have not been received by the court. Only an original has been received.

(10) _X_ other: Page 2 of the form is missing.

**Complaint, Petition or Application**:

(11) ___ is not submitted

(12) ___ is not on proper form (must use the court's current form)

(13) ___ is missing an original signature by the prisoner

(14) _X_ is missing page no. _1_

(15) ___ uses et al. instead of listing all parties in caption

(16) ___ An original and a copy have not been received by the court. Only an original has been received.

(17) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.

(18) _X_ names in caption do not match names in text (caption page is missing)

(19) ___ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order**. Any papers which the Plaintiff

files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together

with a copy of this order, two copies of the following forms: Prisoner's Motion and

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Prisoner Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 3d day of August , 2010.

BY THE COURT:

BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. '10 - CV - 01864

Albert Joel Abeyta
Prisoner No. 119057
Colorado Territorial Corr. Facility
PO Box 1010
Cañon City, CO 81215- 1010

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and Prisoner Complaint forms** to the above-named individuals on _8/5/10_

GREGORY C. LANGHAM, CLERK

By: _____
                    Deputy Clerk