**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-01864-BNB

ALBERT JOEL ABEYTA,

     Plaintiff,

v.

DEPARTMENT OF CORRECTIONS,
OFFICER CORTEZ, and
LT HYDENTHOL,

     Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

     On December 2, 2010, Plaintiff, through counsel, filed motions for extension of time and for leave to file a second amended complaint. The motions are GRANTED. Plaintiff shall have **up to and including January 21, 2011,** to file an amended complaint.

Dated: December 3, 2010