IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01864-BNB

ALBERT ABEYTA,

    Plaintiff,

v.

OFFICER CORTEZ, Department of Corrections,
LIEUTENANT HYDENTHOL, Department of Corrections, and
THE COLORADO DEPARTMENT OF CORRECTIONS,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 20 2011

GREGORY C. LANGHAM
                     CLERK

## ORDER DRAWING CASE

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED January 20, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01864

Albert Joel Abeyta
Prisoner No. 119057
Colorado Territorial Correctional Facility
PO Box 1010
Canon City, CO 81215

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on January 20, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk