IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01864-PAB-KLM

ALBERT ABEYTA,

    Plaintiff,

v.

OFFICER MICHAEL CORTESE, Department of Corrections,
LIEUTENANT GREGORY HEIDENTHAL, Department of Corrections,
THE COLORADO DEPARTMENT OF CORRECTIONS,

    Defendants.
_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to File Second Amended Complaint** [Docket No. 31; Filed March 17, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Accordingly,

    IT IS FURTHER **ORDERED** that the Clerk of the Court shall accept Plaintiff's Second Amended Complaint and Jury Demand [Docket No. 31-1] for filing as of the date of this Minute Order.

    IT IS FURTHER **ORDERED** that Defendants shall answer or otherwise respond to the Second Amended Complaint on or before **April 11, 2011**.

    Dated:  March 17, 2011