IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01864-PAB-KLM

ALBERT ABEYTA,

    Plaintiff,

v.

OFFICER MICHAEL CORTESE, Department of Corrections,
LIEUTENANT GREGORY HEIDENTHAL, Department of Corrections, and
TOM CLEMENTS, Executive Director of the Colorado Department of Corrections,

    Defendants.
_____

## ORDER
_____

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on plaintiff's motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) [Docket No. 75].  The Court having reviewed the motion and being aware of its premises, it is

    **ORDERED** that defendants shall respond to the motion on or before **5:00 p.m.** on **Thursday, September 20, 2012**.

    DATED September 14, 2012.